UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-21421-Civ-JORDAN/TORRES
Case No. 07-22937-Civ-TORRES

MYSTIQUE, INC.,

    Plaintiff,

v.

138 INTERNATIONAL, INC.,

    Defendant,

and

SOUTH BEACH BREEZE
CORPORATION, MIKE CHEN,
and NELSON CHANG

    Impleaded Defendants.
_____/

**ORDER ON PLAINTIFF'S SECOND MOTION TO COMPEL
SOUTH BEACH AND CHANG'S COMPLIANCE WITH ORDERS**

This matter is before the Court on Plaintiff, Mystique, Inc.'s, Second Motion to Compel Defendants, South Beach Breeze Corporation ("South Beach") and Nelson Chang's ("Chang"), to comply with this Court's Orders dated December 4, 2009 and February 17, 2010. [D.E. 1, 13]. Despite the passage of time, no response was filed in opposition to the motion, nor has there been a request for extension of time. Accordingly, the motion is ripe for disposition.

Despite clear warnings in the Court's earlier Orders that sanctions could be entered if South Beach and Chang did not fully respond to the outstanding discovery

requests, and notwithstanding that these impleaded defendants have been represented by counsel in this matter who could advise them clearly on the consequences of violating a court's order, the record shows that there has been no compliance with the Court's orders directing that South Beach and Chang produce all discovery requested in this proceedings supplementary matter. Accordingly, the Court could now hold these parties in contempt of court and enter any appropriate sanction to compel compliance with the Court's Orders.

The Court will withhold a contempt citation at this time. Rule 37(c) sanctions are clearly required and shall be entered, in a monetary amount that will be determined at a later point in the manner set forth below. For now, the Court will simply enter this Order that makes clear to these parties that substantial monetary sanctions await them, unless they can purge themselves of the bulk of those sanctions by fully complying with this Order by a date certain.

Therefore, it is hereby **ORDERED and ADJUDGED:**

1. The Motion to Compel South Beach and Chang's Compliance with Orders and Request for Sanctions [D.E. 42] is GRANTED.

2. This Court finds on this record that South Beach and Chang's failure to produce documents and respond to interrogatories are willful and intentional violations of this Court's Orders dated December 4, 2009 [D.E. 1] and February 17, 2010 [D.E.13].

3. South Beach and Chang will deliver to Mystique's counsel, c/o Jennifer Walker, Esq., 1007 N. Federal Highway, No. 4006, Fort Lauderdale, FL 33304, within **seven** calendar days from the date of this Order all responsive documents, including bank statements, cancelled checks, customer lists, invoices and all additional

documents requested in Mystique's First Request for Production and fully responsive interrogatory answers to Mystique's First Set of Interrogatories. Additionally, South Beach and Chang shall appear for the taking of their depositions at 9:00 a.m., August 27, 2010, at the law offices of Plaintiff's counsel.

4. At this point, the Court is prepared to find that South Beach and Chang shall be fined $100 per day for each day that they have failed to timely comply with this Court's Orders, starting March 1, 2010. South Beach and Chang shall also be ordered to reimburse Plaintiff for attorneys' fees and costs incurred in obtaining their compliance with those Orders.

5. In the event that South Beach and Chang fail to comply with this Order in a timely manner, the fine shall be increased to $500 per day.

6. In the event that these parties cure their defaults by fully and completely complying with this Order as set forth herein, the Court may consider reduction in the appropriate monetary sanction at an evidentiary hearing before the Court, which shall be scheduled thereafter, at which time South Beach and Chang shall be provided an opportunity to present evidence why they should not be held in contempt of court and assessed the full amount of monetary sanctions included herein.

**DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of August, 2010.

*/s/ Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge