UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-21421-CIV-JORDAN

MYSTIQUE, INC.,                          )
                                         )
              Plaintiff                  )
                                         )
vs.                                      )
                                         )
138 INTERNATIONAL INC.,                  )
                                         )
              Defendant                  )
_____ )

**ORDER ON PENDING MOTIONS**

Upon de novo review of the record – including the objections filed by the parties [D.E. 54, 59, 60, 70] – I adopt the report and recommendation issued by Magistrate Judge Torres [D.E. 51]. Accordingly:

1. Mystique, Inc.'s motion to dismiss the counterclaims filed by Nelson Chang and South Beach Breeze Corp. [D.E. 46] is granted, and the counterclaims are dismissed without prejudice. Mr. Chang and South Beach may assert their claims in a separate complaint if they wish.

2. Mystique's request for oral argument [D.E. 71] is denied.

3. Mystique's motion for sanctions [D.E. 45] is denied.

4. The motion for sanctions filed by 138 International, Inc. and Mike Chen [D.E. 30] is denied.

DONE and ORDERED in chambers in Miami, Florida, this 25th day of October, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to:      Magistrate Judge Torres & all counsel of record