UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-21421-CIV-JORDAN

| | |
|---|---|
| MYSTIQUE, INC., | ) |
| Plaintiff | ) |
| vs. | ) |
| 138 INTERNATIONAL INC., | ) |
| Defendant | ) |

**ORDER ON PENDING MOTIONS**

Upon de novo review of the record – including the objections filed by the parties [D.E. 54, 59, 60, 70] – I adopt the report and recommendation issued by Magistrate Judge Torres [D.E. 51].

Accordingly:

1. Mystique, Inc.'s motion to dismiss the counterclaims filed by Nelson Chang and South Beach Breeze Corp. [D.E. 46] is granted, and the counterclaims are dismissed without prejudice. Mr. Chang and South Beach may assert their claims in a separate complaint if they wish.

2. Mystique's request for oral argument [D.E. 71] is denied.

3. Mystique's motion for sanctions [D.E. 45] is denied.

4. The motion for sanctions filed by 138 International, Inc. and Mike Chen [D.E. 30] is denied.

DONE and ORDERED in chambers in Miami, Florida, this 25th day of October, 2010.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to:    Magistrate Judge Torres & all counsel of record